```
___ ✓ FILED    ___ LODGED
___ RECEIVED   ___ COPY

      SEP 0 4 2018

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR-18-01212-PHX-DLR-(ESW)

| United States of America, | |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | |
| Jesus Ivan Lopez-Garcia, | |
| Defendant. | |

VIO: 18 U.S.C. § 555(c)
(Using a Tunnel or Passage to Smuggle Controlled Substances)
Count 1

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)
(Possession with Intent to Distribute Methamphetamine)
Count 2

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(i)
(Possession with Intent to Distribute Heroin)
Count 3

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II)
(Possession with Intent to Distribute Cocaine)
Count 4

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi)
(Possession with Intent to Distribute Fentanyl)
Count 5

18 U.S.C. § 981
21 U.S.C. §§ 853 and 881
28 U.S.C. § 2461(c)
Forfeiture Allegations

THE GRAND JURY CHARGES:

## COUNT 1

**Using a Tunnel or Passage to Smuggle Controlled Substances**

On or about August 13, 2018, in the District of Arizona, JESUS IVAN LOPEZ-GARCIA did knowingly use a tunnel or passage that crosses the international border between the United States and Mexico, other than a lawfully authorized tunnel or passage known to the Secretary of Homeland Security and subject to inspection by Immigration and Customs Enforcement, to unlawfully smuggle controlled substances into the United States, that is, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance; one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; five kilograms or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance; and 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 18, United States Code, Section 555(c).

## COUNT 2

**Possession with Intent to Distribute Methamphetamine**

On or about August 13, 2018, in the District of Arizona, JESUS IVAN LOPEZ-GARCIA did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT 3

**Possession with Intent to Distribute Heroin**

On or about August 13, 2018, in the District of Arizona, JESUS IVAN LOPEZ-GARCIA did knowingly and intentionally possess with intent to distribute one kilogram

or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

### COUNT 4
### Possession with Intent to Distribute Cocaine

On or about August 13, 2018, in the District of Arizona, JESUS IVAN LOPEZ-GARCIA did knowingly and intentionally possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II).

### COUNT 5
### Possession with Intent to Distribute Fentanyl

On or about August 13, 2018, in the District of Arizona, JESUS IVAN LOPEZ-GARCIA did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

### FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 5 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Section 981, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 5 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or

intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, including but not limited to the following property involved and used in the offense:

1) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 552 N. San Luis Plaza Dr., San Luis, Arizona, and more particularly described as: Lot Number: 1, Subdivision: San Luis Plaza, Section 12, Township 11S, Range 25W; Parcel No. 775-45-193;

2) A 2015 Chevrolet Silverado, bearing Arizona license plate CCL5849 and vehicle identification number 1GCNKPEH9FZ306464; and

3) A trailer bearing Arizona license plate H42G4.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   (1) cannot be located upon the exercise of due diligence,

   (2) has been transferred or sold to, or deposited with, a third party,

   (3) has been placed beyond the jurisdiction of the court,

   (4) has been substantially diminished in value, or

   (5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

\\\
\\\
\\\

All in accordance with Title 18, United States Code, Section 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date:  September 4, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*S/*
KEITH E. VERCAUTEREN
MARIA R. GUTIERREZ
Assistant U.S. Attorneys